UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| MISSISSIPPI DIVISION OF THE UNITED SONS OF CONFEDERATE VETERANS AND PRESIDENTIAL LIBRARY, KNOWN AS "BEAUVOIR", DOING BUSINESS AS JEFFERSON DAVIS HOME | PLAINTIFF/ COUNTERDEFENDANT |
| V. | CIVIL ACTION NO. 1:06cv731-LTS-RHW |
| CHARTER OAK FIRE INSURANCE COMPANY; ST. PAUL TRAVELERS COMPANIES, INC.; JIM PRICE, INDIVIDUALLY AND AS AGENT OF CHARTER OAK FIRE INSURANCE COMPANY AND ST. PAUL TRAVELERS COMPANIES, INC. DOING BUSINESS AS PRICE & ASSOCIATES; AND | DEFENDANTS |
| FIRELINE RESTORATION, INC. | DEFENDANT/COUNTERCLAIMANT |

**ORDER**

The Court's [61] Order for Mediation in this cause of action (along with many others) was entered on January 10, 2007.  Now, even after their mediation has been placed on the schedule of the current round (March 28), the parties request to be allowed until May 25, 2007, "within which to complete Mediation." [85]

Mediation has occurred during defined periods in the course of the Court's mediation program, which enables the process to be controlled and progress monitored.  The [61] Order for Mediation set a time frame (no later than March 31) even for those choosing the option of private mediation (which is not the case here).  There is no justification to change that procedure now, especially when all other participants are expected to abide by the schedule.

The Court is happy to report that its guidelines have been almost universally followed, and, when not, sanctions have been imposed and paid.  By the time May 25 arrives, it is anticipated that another round of expanded mediation will be well under way, and it is a dangerous precedent to start rescheduling cases, whether from one round to another or just to a later date.

Accordingly, **IT IS ORDERED**:

The [85] Joint Motion for Extension of Time to Complete Mediation is **DENIED**.  Failure in any regard to comply with the [61] Order for Mediation and any related matters shall result in the imposition of sanctions.

**SO ORDERED** this the 14th day of March, 2007.

                                                s/ L.T. Senter, Jr.
                                                   Senior Judge